IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOSHUA WILLIAM JACKSON §
(BOP Register No. 54191-177), §
 §
Plaintiff, §
 §
V. § No. 3:18-CV-0310-D
 §
ALLISON M. SCHAEFER, ET AL., §
 §
Defendants. §

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

May 17, 2018.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE